```
Law Office of Martin E. Tejeda
Martin Tejeda (SBN: 210298)
917 G Street
Sacramento, CA 95814
(916) 498.1321
Fax: (916) 498.1325

Martin Tejeda
Attorney for Navjot Singh
```

FILED

AUG 13 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NAVJOT SINGH, et. al,<br><br>Defendants | Case No.: 2:10-MJ-0228-DAD<br><br>STIPULATION AND [PROPOSED] (Da)<br>ORDER EXTENDING DUE DATE FOR<br>SECURED BOND<br><br>COURT: Hon. Dale A. Drozd |

<u>Stipulation</u>

The parties, through undersigned counsel, stipulate that the due date for defendant NAVJOT SINGH to obtain and file an appearance bond secured with $80,000, of home equity, may be extended from August 13, 2010, to August 20, 2010.

The defense has provided the prosecution with a copy of the "Grant Deed", "Property Appraisal" and a copy of an "Agreement to Forfeit Real Property to Obtain Defendant's Release". However, the new "Deed of Trust" required must be recorded with the Sutter County Recorders Office and mailed back to us. As such, the additional time

requested is necessary to have the new "Deed of Trust" recorded with the Sutter County Recorders Office.

The prosecutor has authorized defense counsel to sign the stipulation on his behalf.

DATED: August 12, 2010                         BENJAMIN WAGNER
                                               United States Attorney


                                         By    /s/ Martin E. Tejeda for
                                               Todd Leras
                                               Assistant U.S. Attorney


DATED: August 12, 2010                         by /s/ Martin E. Tejeda
                                               Martin E. Tejeda
                                               Counsel for NAVJOT SINGH


### Order

Good cause appearing,

The due date for defendant NAVJOT SINGH to obtain and file an appearance bond secured with $80,000, of home equity, is extended to August 20, 2010.

IT IS SO ORDERED.

DATED: _August 13_, 2010                       _/s/ Dale A. Drozd_
                                               Dale A. Drozd
                                               United States Magistrate Judge