FILED

AUG 13 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
            DEPUTY CLERK

1  Law Office of Martin E. Tejeda
2  Martin Tejeda (SBN: 210298)
   917 G Street
3  Sacramento, CA 95814
4  (916) 498.1321
   Fax: (916) 498.1325
5
6  Martin Tejeda
   Attorney for Navjot Singh
7

8              IN THE UNITED STATES DISTRICT COURT
9           FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,      | Case No.: 2:10-MJ-0228-DAD
12 |                                 |
13 |        Plaintiff,               | STIPULATION AND [~~PROPOSED~~] *Da)*
   |                                 | ORDER EXTENDING DUE DATE FOR
14 |        vs.                      | SECURED BOND
15 | NAVJOT SINGH, et. al,           | COURT: Hon. Dale A. Drozd
16 |                                 |
17 |        Defendants               |

18                         Stipulation

19   The parties, through undersigned counsel, stipulate that the due date for defendant
20
21 NAVJOT SINGH to obtain and file an appearance bond secured with $80,000, of home
22 equity, may be extended from August 13, 2010, to August 20, 2010.

23   The defense has provided the prosecution with a copy of the "Grant Deed",
24
25 "Property Appraisal" and a copy of an "Agreement to Forfeit Real Property to Obtain
26 Defendant's Release". However, the new "Deed of Trust" required must be recorded with
27 the Sutter County Recorders Office and mailed back to us. As such, the additional time
28

Motion to extend bond-FED2.doc       - 1 -
08/13/10

requested is necessary to have the new "Deed of Trust" recorded with the Sutter County Recorders Office.

The prosecutor has authorized defense counsel to sign the stipulation on his behalf.

DATED: August 12, 2010                     BENJAMIN WAGNER
                                           United States Attorney


                                    By     /s/ Martin E. Tejeda for
                                           Todd Leras
                                           Assistant U.S. Attorney


DATED: August 12, 2010                     by /s/ Martin E. Tejeda
                                           Martin E. Tejeda
                                           Counsel for NAVJOT SINGH


                                  Order

Good cause appearing,

The due date for defendant NAVJOT SINGH to obtain and file an appearance bond secured with $80,000, of home equity, is extended to August 20, 2010.


IT IS SO ORDERED.


DATED: _August 13_, 2010                   _____
                                           Dale A. Drozd
                                           United States Magistrate Judge